ELIAS RESHEN v. SAMUEL SCHWARTZ and Others.— Motion to dismiss appeal

granted, with ten dollars costs, unless appellants procure appellants' points to be filed so that the appeal can be argued on or before the 2d day of December, 1924. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.